Cahn v. Guion. OA. 5 Abs. 696; dock. 5 Abs. 489; No. 20639; mo. cer. ov. 5 Abs. 733.

Clark v. Curtiss et. OA. 5 Abs. 680; dock. 5 Abs. 685; No. 20779; mo. cer. ov. 5 Abs. 733.

Cleve. Ry. Co. v. Bruch. OA. 5 Abs. 735.

Cleveland Ry. Co. v. Kukucz. (See reverse). Dock. 5 Abs. 490; No. 20657; mo. cer. ov. 5 Abs. 733.

Cleveland Ry. Co. v. Marvin. OA. 5 Abs. 725; dock. 4 Abs. 493; No. 19967; OS.P. 4 Abs. 650; mo. cer. ov. 4 Abs. 834.

Connecticut Fire Ins. Co. v. Hirst. Dock. 5 Abs. 540; No. 20704; mo. cer. ov. 5 Abs. 733.

Boyer v. Maloney. OA. 5 Abs. 728.

Dannemiller v. Stuhldreher. Dock. 5 Abs. 506; No. 20677; mo. cer. ov. 5 Abs. 733.

DeWitt v. Schweitzer. OA. 5 Abs. 729.

Doyle v. Byers et. OA. 5 Abs. 727.

First Tr. & Sav. Bk. v. Guardian Sav. & Tr. Co. OA. 5 Abs. 726.

Graves et v. Slyvania School Dist. OA. 5 Abs. 299; dock. 5 Abs. 733; No. 20799; 24 Oh. Ap. 328★.

Howell et v. Groveport (Vil.). OA. 5 Abs. 732; dock. 5 Abs. 446; No. 20614; mo. def. to dis. pet. in er. fi. as of rt. sust. 5 Abs. 669; pet. er. filed as of rt. dis. 5 Abs. 669; mo. cer. ov. 5 Abs. 669.

Industrial Com. v. Davies. Dock. 5 Abs. 733; No. 20797.

Industrial Com. v. Hilhorst. Dock. 5 Abs. 153; No. 20365; OS. 5 Abs. 347; judg. aff. 5 Abs. 733; OS. 5 Abs. 734.

Industrial Com. v. Slanina. (See reverse). OA. 5 Abs. 290.

Kukucz v. Cleveland Ry. Co. (See reverse). OA. 5 Abs. 647.

Lorain County Sav. & Tr. Co. v. Haynes. OA. 5 Abs. 723.

Maple Hts. Vil. et v. Sorna. Dock. 5 Abs. 506; No. 20666; mo. cer. ov. 5 Abs. 733.

Nat. Bus. Men's Assn. v. Watterson. Dock. 5 Abs. 490; No. 20659; mo. cer. ov. 5 Abs. 733.

Ohio Guaranteed Mortg. Co. v. Purpus et. OA. 5 Abs. 729.

Prudential Realty Co. v. Youngstown. Dock. 5 Abs. 506; No. 20675; mo. cer. all. 5 Abs. 733.

Pifer v. Rochester Township Bd. of Ed. OA. 5 Abs. 731.

Reed v. Hensel. Dock. 5 Abs. 446; No. 20612; OS.P. 5 Abs. 538; mo. cer. ov. 5 Abs. 733.

Slanina v. Indust. Com. (See reverse). Dock. 5 Abs. 344; No. 20549; judg. aff. 5 Abs. 733; OS. 5 Abs. 734.

Smith v. Bauman, Jr. et. OA. 5 Abs. 725.

Snyder v. Stark Co. Bd. of Comm. OA. 5 Abs. 730.

Soglovitz v. Naumann. Dock. 5 Abs. 733; No. 20714; mo. cer. ov. 5 Abs. 733.

Stanton, Pros. Atty. v. Frankel Bros. Rlty. Co. (See same v. Tax Com.) Dock. 5 Abs. 281; No. 20480; mo. cer. al. 5 Abs. 419; OS. 5 Abs. 734.

Stanton, Pros. Atty. v. Tax Comm. et. OA. 5 Abs. 326; dock. 5 Abs. 300; Nos. 20491-20505; Inc. mo. cer. all. 5 Abs. 419; judg. aff. 5 Abs. 733; OS. 5 Abs. 734.

Standard Sanitary Mfg. Co. v. George. Dock. 5 Abs. 733; No. 20798.

Thayer et v. 1st Nat. Bk. Dock. 5 Abs. 490; No. 20656; mo. cer. ov. 5 Abs. 733.

Urbanek v. Stotter. OA. 5 Abs. 736.

Zangara v. Zangara. Dock. 5 Abs. 506; No. 20684; mo. cer. ov. 5 Abs. 733.

Yockey et v. Bucher et. OA. 5 Abs. 726.

## No. 803

### URBANEK v. STOTTER

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 6715.   Decided Nov. 1, 1926.

**First Publication of this Opinion.**

**920.   PHYSICIANS AND SURGEONS—**Physician not guilty of malpractice where, in operation for removal of tonsils, he also removes infected tissues surrounding tonsils.

Error to Common Pleas.

Judgment affirmed.

E. W. Dissette and Frank A. Green, Cleveland, for Urbanek.

Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for Stotter.

LEVINE, PJ.

Paulina Urbanek alleged that Doctor James Stotter, in removing her tonsils, removed more of the tissues surrounding the tonsils, than was necessary in such operation. The physician denied this, and claimed that, because of a diseased condition of affected areas adjacent to the tonsils, he removed the tissues. The jury returned a verdict in favor of Dr. Stotter.

"Where an unauthorized surgical operation is performed on a patient, the law presumes damages, and, in addition, will sanction punitive damages in a proper case."

The evidence disclosed, and the jury was undoubtedly justified in finding, that Dr. Stotter removed only such portions of the surrounding tissues as were so infected as to require their removal. Practically all the medical testimony offered is to the effect that every surgeon would feel duty bound to remove diseased tissues surrounding tonsils.

(Sullivan and Vickery, JJ., concur.)